# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRIS JENSEN**                                                                        **PLAINTIFF**

v.                                     Case No. 4:18-cv-00567 KGB

**JCJ VENTURES, LLC**
**d/b/a Dixon Road U Pull It**
**Auto Parts and Sales**                                                                **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 7). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, this matter is currently scheduled for a bench trial on Monday, September 30, 2019.

For good cause shown, the Court adopts the stipulation of dismissal and removes this case from the trial calendar. The action is dismissed with prejudice, and each party will bear its own costs and fees.

It is so ordered this 26th day of September 2019.

                                                             Kristine G. Baker
                                                           United States District Judge